IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUAN DOMINGO-AGUILAR          :
                              :
              Petitioner,     :    3:26-cv-1754
                              :    (JUDGE MARIANI)
    v.                        :
                              :
JOSEPH JOHNSTON, Warden of the :
York County Prison, *et al.*, :
                              :
              Respondents.    :

## ORDER

AND NOW, THIS _____ DAY OF JULY 2026, upon consideration of Petitioner

Juan Domingo-Aguilar's counseled petition for writ of habeas corpus pursuant to 28 U.S.C.

§ 2241 (Doc. 1), Respondents' response (Doc. 4), Petitioner's traverse (Doc. 5), and for the

reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Juan Domingo-

   Aguilar from the custody of the Warden of the York County Prison, who has

   immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

   declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday July 13,**

**2026, at 5:00 P.M.** confirming that Petitioner Juan Domingo-Aguilar has been released from custody.

4.  Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Juan Domingo-Aguilar pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5.  If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge